■ CATHERINE DiFLORIO, Respondent, v JUNE E. WORDEN et al., Appellants, et al., Defendants. (Appeal No. 1.) [755 NYS2d 679] —Appeal from a judgment of Supreme Court, Onondaga County (Murphy, J.), entered April 12, 2002, upon a jury verdict rendered in favor of plaintiff Catherine DiFlorio and against defendants June E. Worden and Peter J. Beratta.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (see Matter of Eric D. [appeal No. 1], 162 AD2d 1051 [1990]). Present—Green, J.P., Hurlbutt, Burns, Gorski and Hayes, JJ.